| | |
|---|---|
| DANA McRAE, State Bar No. 142231<br>County Counsel, County of Santa Cruz<br>JASON M. HEATH, State Bar No. 180501<br>Assistant County Counsel<br>Office of the County Counsel<br>701 Ocean Street, Room 505<br>Santa Cruz, California 95060<br>Telephone: (831) 454-2049<br>Fax: (831) 454-2115 | **E-filed 7/26/05** |

**Attorneys for Defendants County of Santa Cruz,
Santa Cruz County Board of Supervisors, Jan Beautz,
Tony Campos, Ellen Pirie, Mardi Wormhoudt, Mark Stone,
Jeff Almquist, Tom Burns, David Laughlin, and Recorder's Office**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM VANNERUS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, SANTA CRUZ COUNTY BOARD OF SUPERVISORS, JEFF ALMQUIST, JAN BEAUTZ, TONY CAMPOS, ELLEN PIRIE, MARDI WORMHOUDT, MARK STONE, COUNTY PLANNING DIRECTOR TOM BURNS, DAVE LAUGHLIN, COUNTY RECORDER<br>And Does 1-500, Inclusive;<br><br>    Defendants. | Case No. CV 04-3721 JF<br><br>**NOTICE AND APPLICATION TO VACATE ORDER OF DISMISSAL** |

On July 20, 2005 the Court issued an Order of Dismissal of this action on the grounds that the case had settled. The case has not settled and defendants respectfully request that the Court vacate its Order of Dismissal.

The parties mediated this case on July 7, 2005. The case did not settle at the mediation, but the parties made significant progress towards settlement. Specifically, the parties stipulated to a stay of the case for a six month period to allow plaintiff to apply for an amendment to his conditional use permit to allow him to retain a non-permitted structure on his property. On July 8, 2005, the parties

1 appeared at a case management conference and explained this stipulation to the Court. The Court
2 then ordered the case stayed for six months, with a return date of January 6, 2006.
3   After the case management conference, the mediator, Mr. John Skelton, filed a notice with
4 the Court indicating that the case had fully settled. This notice was erroneous, and was likely the
5 result of a clerical error, as the stipulation discussed above was reached with the understanding and
6 approval of Mr. Skelton. Defendants understand that the Order of Dismissal was issued as a result
7 of this erroneous notice.
8   Accordingly, defendants respectfully request that the Court vacate its July 20, 2005 Order of
9 Dismissal and retain this case on calendar for the previously scheduled January 6, 2006 case
10 management conference.

11

12 Dated: July 21, 2005                     DANA McRAE, COUNTY COUNSEL

13

14                                           By:   JASON M. HEATH
                                                   JASON M. HEATH
15                                                 Assistant County Counsel
16                                           **Attorneys for Defendants County of Santa Cruz, Santa Cruz County Board of Supervisors, Jan Beautz, Tony Campos, Ellen Pirie, Mardi Wormhoudt, Mark Stone, Jeff Almquist, Tom Burns, David Laughlin, and Recorder's Office**
17
18
19
20   7/26/05  IT IS SO ORDERED.             Judge Jeremy Fogel /s/electronic signature
                                             United States District Court
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**NOTICE AND APPLICATION TO VACATE ORDER OF DISMISSAL**

_____ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

\_\_X\_\_ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

_____ by **personal service** at a.m./p.m. at _____.

_____ by **express or overnight mail** by depositing a copy in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of express mail or a mailbox, mail chute, or other like facility regularly maintained by an overnight mail company, in a sealed envelope, with express mail postage paid addressed to the below listed person(s).

_____ by **express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

_____ by **facsimile service** at the number listed below and have confirmation that it was received by:

**William Vannerus**                                         **(Plaintiff, In Pro Per)**
**1611 Branciforte Drive**
**Santa Cruz, CA 95065**

**John Skelton**                                               **(Mediator)**
**Litigation Solutions Law Group**
**1775 Woodside Road**
**Redwood City, CA 94061**

I declare under penalty of perjury that the foregoing is true and correct. Executed July 21, 2005, at Santa Cruz, California.

PAMELA K. IRIGUCHI
PAMELA K. IRIGUCHI
**DANA McRAE, COUNTY COUNSEL**
**COUNTY OF SANTA CRUZ**
**701 Ocean Street, Room 505**
**Santa Cruz, California  95060-4068**
**Telephone:  (831) 454-2040**
**Facsimile:  (831) 454-2115**
